ACCEPTED
05-17-00141-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 8:57 PM
LISA MATZ
CLERK

CASE NO. 05-17-00141-CV

_____

IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 8:57:35 PM
LISA MATZ
Clerk

_____

IN THE INTEREST OF C.F.M AND B.C.M., MINOR CHILDREN

_____

ON APPEAL FROM CAUSE NO. DF-09-00259 IN THE
55TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, TEXAS

_____

**MOTION TO EXTEND TIME TO FILE
MOTION FOR PANEL REHEARING**

_____

TO THE HON. COURT OF APPEALS:

Appellant Stewart McCray respectfully moves for a 4-day extension of time, up to and including June 8, 2018, in which to file a motion for rehearing, and in support thereof, Stewart would respectfully show the Court the following:

1.     On May 18, 2018, this Court issued an opinion in this case, making a motion for rehearing due by June 4, 2018.

2.     Appellant moves for a 4-day extension of time, up to and including June 8, 2018, in which to file his motion for rehearing.

3.     Good cause exists for the extension sought.  For the past few weeks counsel and his family have been in and out of his house while a member of his family was dealing with an acute bout of mental illness.

1

4.      No further extensions of time will be sought on this motion for rehearing, which is not sought for purposes of delay, but so that a proper motion may be presented to this Court.

Wherefore, premises considered, Appellants prays that this motion be granted and that the time for filing a motion for rehearing be extended 4 days, up to and including June 8, 2018.

Respectfully submitted,

_____

**ALAN B. DAUGHTRY**
State Bar No: 00793583
3355 West Alabama, Suite 444
Houston, Texas 77098
Telephone:   (281) 300-5202
Facsimile:   (281) 404-4478
alan@alandaughtrylaw.com

**EDWARD B. KLEIN**
Attorney at Law
State Bar No. 11557000
1201 Walnut Street, Suite 6
Carrollton, Texas 75006-6285
(972) 245-0230
(972) 245-0030 FAX
Email: edkleinlaw@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by electronic service via ProDoc E-filing to the Counsel for Appellee, Chris Nicholson, on June 4, 2018:

_____
**ALAN B. DAUGHTRY**